UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>for the use and benefit of<br>COMMERCIAL POWER, INC.<br>P.O. Box 934<br>La Plata, Maryland 20646<br><br>       Plaintiff<br><br>v.<br><br>UNITED STATES SURETY COMPANY<br>20 West Aylesbury Road<br>Timonium, Maryland 21093<br><br>and<br><br>ENVIRONMENTAL DESIGN AND<br>    CONSTRUCTION, LLC<br>1108 Good Hope Road, SE<br>Washington, DC 20020<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   SERVE Resident Agent:<br>   Incorp Services, Inc.<br>   1090 Vermont Ave. NW, Suite 910<br>   Washington, DC 20005<br><br><br>   SERVE Resident Agent:<br>   Incorp Services, Inc.<br>   1090 Vermont Ave. NW<br>   Washington, DC 20005 |

## COMPLAINT

Plaintiff alleges:

1.      This is a Miller Act action by an unpaid subcontractor against a prime contractor to enforce a statutory payment bond, which arises out of the construction of improvements to the United States Tax Court, Washington, DC ("the Project").

2.      Plaintiff Commercial Power, Inc. is a corporation organized and existing under the laws of the State of Maryland which is engaged in business as an electrical contractor, which maintains its place of business in La Plata, Maryland, and which is duly authorized to transact business in the District of Columbia

3.      Defendant Environmental Design and Construction, LLC ("EDC") is a limited liability Company organized and existing under the laws of the District of Columbia which is engaged in business as a general contractor, and which maintains its place of business in the District of Columbia.

4.      Defendant United States Surety Company ("U.S. Surety") is a corporation organized and existing under the laws of the State of Maryland which maintains its place of business in Timonium, Maryland, and which is duly authorized to engage in the business of insurance in the District of Columbia.

5.      Jurisdiction for this action is founded on the Miller Act, 40 U.S.C. § 3131 *et seq.* Commercial Power has a direct contract with EDC, the prime contractor, and has not been paid in full for more than 90 days after the date upon which it last provided labor and materials to the Project, and is therefore a proper claimant, pursuant to 40 U.S.C. § 3133(b)(2), under the Project payment bond.

6.      Venue is proper in this Court pursuant to 40 U.S.C. § 3133(b)(3)(B), in that the Project at issue is located in the District of Columbia.

7.      This action is timely brought pursuant to 40 U.S.C. § 3133(b)(4), in that it being brought less than one year after the last day upon which labor or materials were supplied by Commercial Power to the Project.

8.      By Contract No. GS-11-PO7YAD0178, U.S. Tax Court Building Access Improvements & Guard Booth, the United States, acting by and through the General Services Administration ("GSA"), contracted with EDC for the construction of certain improvements to the United States Tax Court.

9.    By Construction Agreement – Long Form dated March 16, 2012, EDC subcontracted to Commercial Power the Electrical Work portion of the Project, for a fixed price of $89,850.

10.    During the course of the Project EDC issued Change Order Nos. 1, 3, 4, 5, 6, 7, 8 and 9, in the total amount of $185,701.52, which increased the contract price to $275,551.52.

11.    During the course of the Project EDC directed Commercial Power to perform certain extra work to be documented by daily field tickets, to be paid on a "time and material" (T & M) basis. Commercial Power performed T & M work at the direction of EDC in the amount of $19,401.49, which increased the contract price to $294,953.01.

12.    During the course of the Project EDC directed Commercial Power to relocate certain electrical work, which Commercial Power performed and billed EDC $17,782.95. EDC requested that Commercial Power delay billing for such extra work pending approval thereof by GSA. EDC and Commercial Power subsequently agreed to a reduced price for such work of $16,800, thereby increasing the contract price to $311,753.01.

## COUNT I – BREACH OF CONTRACT – EDC

13.    All conditions precedent to final payment by EDC to Commercial Power have been performed or waived. EDC has paid Commercial Power $268,701.52, and owes Commercial Power a balance of $43,051.49, for which Commercial Power has demanded payment and which EDC has refused to pay.

14.    Paragraph 7 of the Subcontract Addendum provides that in the event CPI is required to engage the services of an attorney to seek payments for which EDC is in default, EDC shall be obligated to indemnify Commercial Power for the actual amount of attorneys' fees, costs and dispute resolution fees and expenses incurred by Commercial Power.

15.     Paragraph 8 of the Subcontract Addendum provides that in the event of a material default by EDC, all amounts due to Commercial Power shall bear interest at the rate of 1.5% per month until fully paid.

16.     EDC's failure to make payment when due constituted a material breach of contract, for which Commercial Power is entitled to judgment for the principal amount of $43,051.49, plus interest, attorney's fees and costs of suit.

### COUNT II – PAYMENT BOND CLAIM- U.S. SURETY

17.     Paragraphs 1-16 are realleged and incorporated herein by reference.

18.     In compliance with its statutory obligation under the Miller Act to provide a surety bond to assure payment to those persons supplying labor and materials to the Project, U.S. Surety issued a Payment Bond, Bond No. 1000905030 ("the Bond"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference,  in the principal amount of $2,098,000.

19.     Commercial Power provided labor and materials to the Project under contract with EDC, and is a proper claimant on the Bond.

20.     Pursuant to the contractual obligations undertaken by U.S. Surety under the Bond, U.S. Surety is liable to Commercial Power in the principal amount of $43,051.49, plus interest, attorney's fees and costs of suit.

WHEREFORE Commercial Power demands judgment against EDC and U.S. Surety, jointly and severally, in the principal amount of $43,051.49, plus interest, attorney's fees, costs of suit, and such additional relief that the Court deems just and proper.

4

COMMERCIAL POWER, INC.

Philip C. Jones, DC Bar # 196097
JONES & COHEN, LLC
1125 West Street, Suite 200
Annapolis, Maryland 21401
(301) 921-3360
pjones@jonescohenlaw.com

Bond No. 1000905030

| **PAYMENT BOND** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must same or later than date of contract)* August 24, 2011 | OMB No.:**9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | | | |
|---|---|---|---|---|---|
| Environmental Design & Construction, LLC 1104 Good Hope Road, SE Washington, DC 20020 | ☐ INDIVIDUAL ☐ JOINT VENTURE STATE OF INCORPORATION Washington DC | ☐ PARTNERSHIP ☑ CORPORATION | | | |
| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND | | | | |
| United States Surety Company PO Box 5605 Timonium, MD 21094 | MILLION(S) 2 | THOUSAND(S) 098 | HUNDRED(S) 000 | CENTS 00 | |
| | CONTRACT DATE August 18, 2011 | CONTRACT NO. GS11P07YAD0178 | | | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. |
| NAME(S) & TITLE(S) *(Typed)* | 1. DENNIS J. GARBIS CEO | 2. | 3. |

| | INDIVIDUAL SURETY(IES) | |
|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* |
| NAME(S) *(Typed)* | 1. | 2. |

| | | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | United States Surety Company P.O. Box 5605 Timonium, MD 21094 | STATE OF INC. MD | LIABILITY LIMIT $ 4,279,000 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Laura Scholze, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

**CORPORATE SURETY(IES) (Continued)**

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV.10-98) BACK

## POWER OF ATTORNEY

AMERICAN CONTRACTORS INDEMNITY COMPANY   UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

Douglas Dixon, Laura Scholze, Thomas Whipple, Brian S. McCoog

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed _____*******Unlimited******** Dollars ($ ***unlimited*** ). This Power of Attorney shall expire without further action on March 18, 2015. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 31st day of March, 2011.

AMERICAN CONTRACTORS INDEMNITY COMPANY   UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

Corporate Seals

By: _____ Daniel P. Aguilar, Vice President

State of California

County of Los Angeles   SS:

On this 31st day of March, 2011, before me, Deborah Reese, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)

DEBORAH REESE
Commission # 1926046
Notary Public - California
Los Angeles County
My Comm. Expires Mar 18, 2015

I, Jeannie J. Kim, Assistant Secretary of American Contractors Indemnity Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 24 day of August , 2011.

Corporate Seals

Bond No. 1000927701
Agency No. 8233

Jeannie J. Kim, Assistant Secretary